*State, Respondent, v. McCullough, Petitioner,* No. 74259-6. Petition for review of a decision of the Court of Appeals, Nos. 21180-1-III, 21181-9-III, June 12, 2003, 117 Wn. App. 1024. *Denied* February 4, 2004.

*State, Respondent, v. Rich, Petitioner,* No. 74317-7. Petition for review of a decision of the Court of Appeals, No. 28342-5-II, July 8, 2003, 117 Wn. App. 1055. *Denied* February 4, 2004.

*Heaphy, et al., Petitioners, v. State Farm Mut. Auto. Ins. Co., Respondent,* No. 74321-5. Petition for review of a decision of the Court of Appeals, No. 28345-0-II, July 1, 2003, 117 Wn. App. 438. *Denied* February 4, 2004.

*State, Respondent, v. Kozol, Petitioner,* No. 74329-1. Petition for review of a decision of the Court of Appeals, No. 49154-7-I, June 30, 2003, 117 Wn. App. 1037. *Denied* February 4, 2004.

*State, Respondent, v. Bogart, Petitioner,* No. 74330-4. Petition for review of a decision of the Court of Appeals, No. 50667-6-I, June 30, 2003, 117 Wn. App. 1041. *Denied* February 4, 2004.

*Citizens For Fair Share, Petitioner, v. Dep't of Corr., et al., Respondents,* No. 74332-1. Petition for review of a decision of the Court of Appeals, No. 28138-4-II, July 1, 2003, 117 Wn. App. 411. *Denied* February 4, 2004.

*State, Respondent, v. Beaman, Petitioner,* No. 74336-3. Petition for review of a decision of the Court of Appeals, No. 50777-0-I, July 7, 2003, 117 Wn. App. 1052. *Denied* February 4, 2004.

*State, Respondent, v. Aldana, Petitioner,* No. 74338-0. Petition for review of a decision of the Court of Appeals, No. 28711-1-II, July 1, 2003, 117 Wn. App. 1060. *Denied* February 4, 2004.